FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>TN: ROBERTO SAUCEDO-OCHOA<br>AKA: Jorge Alberto<br>      Saucedo-Ochoa,<br><br>              Defendant. | Criminal Case No. 08CR1399-BEN<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about April 3, 2008, within the Southern District of California, defendant ROBERTO SAUCEDO-OCHOA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Jorge Alberto Saucedo-Ochoa, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious

//

//

//

WDK:mg:San Diego
4/29/08

1  and fraudulent when made; in violation of Title 18, United States
2  Code, Section 1001.
3  　　　DATED: __5/1/08__ .

                          KAREN P. HEWITT
                          United States Attorney

                          DOUGLAS KEEHN
                          Assistant U.S. Attorney

2